No. 715. Deskin *v.* Pazan, doing business as Pazan Motor Freight, et al. Supreme Court of Michigan. Certiorari denied. *David Previant* and *Abraham L. Zwerdling* for petitioner.

No. 725. Marathon Foundry & Machine Co. *v.* Schwartz et al., Trustees, et al. C. A. 7th Cir. Certiorari denied. *Jacob Cohen* for petitioner. *Francis S. Clamitz* for Schwartz et al., and *Henry S. Blum* for Dreyfuss, respondents.

No. 740. Ludvigsen *v.* Commercial Stevedoring Co., Inc. et al. C. A. 2d Cir. Certiorari denied. *Abraham M. Fisch* for petitioner. *Thomas F. Keane* and *Albert P. Thill* for the Commercial Stevedoring Co., Inc., and *J. Ward O'Neill* and *David P. H. Watson* for A/S L. J. Mowinckels Rederi, respondents.

No. 405, Misc. Smereka et al. *v.* Michigan. Supreme Court of Michigan. Certiorari denied.

No. 492, Misc. Mitchell *v.* United States. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 539, Misc. Haines *v.* Castle, Attorney General of Illinois, et al. C. A. 7th Cir. Certiorari denied.

No. 730. Hulett *v.* Brinson. United States Court of Appeals for the District of Columbia Circuit. Certiorari